**Order entered October 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00909-CV

## K&K ENTERPRISES, LLC, GARY KELLEY, CHERYL KELLEY AND HENRY KELLEY, Appellants

### V.

## PRESTON PARKER CROSSING, LTD., Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01239-2021**

### ORDER

Before the Court is Collin County Clerk Stacey Kemp's October 10, 2022 request for an extension of time to file the clerk's record. Ms. Kemp explains the extension is necessary because appellants have failed to pay the fee for preparation of the record.

We **GRANT** the motion to the extent that we **SUSPEND** the deadline for filing the clerk's record and **ORDER** appellants to file, no later than October 24,

2022, written verification they have paid the fee. A new deadline for the filing of the record will be set upon appellants' compliance.

We caution appellants that failure to comply may result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c).


/s/     BONNIE LEE GOLDSTEIN
        JUSTICE